ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB 24 AM 9:55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| REGINA GROOMES, | * | |
| Plaintiff, | * | |
| v. | * | CV 315-012 |
| CREDIT ACCEPTANCE CORPORATION, | * | |
| Defendant. | * | |

**ORDER**

On February 10, 2015, Defendant removed this consumer credit action to this Court, then filed a motion to dismiss. On February 19, 2015, Plaintiff filed a "dismissal of all claims without prejudice." (Doc. no. 7.) Accordingly, Plaintiff's claims are **DISMISSED**. Each party shall bear its own costs. The Clerk is directed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of February, 2015.

UNITED STATES DISTRICT JUDGE